IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROBERTS, an individual, and KENNETH MCKAY, an individual, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>C.R. ENGLAND, INC., a Utah corporation; OPPORTUNITY LEASING, INC., a Utah corporation; and HORIZON TRUCK SALES AND LEASING, LLC, a Utah limited liability company,<br><br>    Defendants. | No. C 11-02586 CW<br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTIONS TO DISMISS AND CONSOLIDATING BRIEFING (Docket Nos. 15 & 16) |

On July 29, 2011, Defendants C.R. England, Inc., Opportunity Leasing, Inc. and Horizon Truck Sales and Leasing, LLC jointly filed two motions to dismiss. Docket Nos. 15 and 16. The motions violate this Court's Civil Local Rule 7-2(b), which requires one filed document, not to exceed twenty-five pages in length. The motions are denied without prejudice, subject to refiling as a single brief, compliant with Rule 7-2(b). In the event that Defendants refile their motion to dismiss, pursuant to this order,

Plaintiffs' opposition and Defendants' reply shall comply with Civil Local Rule 7-3.

    IT IS SO ORDERED.

Dated: 8/9/2011

CLAUDIA WILKEN
United States District Judge