1  Drew R. Hansen (State Bar No. 218382)
   dhansen@tocounsel.com
2  Suzanne Cate Jones (State Bar No. 157496)
   sjones@tocounsel.com
3  Walter Peña (State Bar No. 247469)
   wpena@tocounsel.com
4  THEODORA ORINGHER PC
   535 Anton Boulevard, Ninth Floor
5  Costa Mesa, California  92626-7109
   Telephone: (714) 549-6200
6  Facsimile: (714) 549-6201

7  Attorneys for Defendants, C.R. ENGLAND,
   INC., OPPORTUNITY LEASING, INC., and
8  HORIZON TRUCK SALES AND LEASING,
   LLC.
9
   Robert S. Boulter (State Bar No. 153549)
10 rsb@lb-attorneys.com
   Peter C. Lagarias (State Bar No. 77091)
11 pcl@lb-attorneys.com
   LAGARIAS & BOULTER L.L.P.
12 1629 Fifth Avenue
   San Rafael, California 94901-1828
13 Telephone: (415) 460-0100
   Facsimile: (415) 460-1099
14
   Attorneys for Plaintiffs CHARLES ROBERTS
15 and KENNETH MCKAY

16              UNITED STATES DISTRICT COURT

17      NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

18 CHARLES ROBERTS, an individual, and       Case No. CV 11-02586 CW
   KENNETH MCKAY, an individual, on behalf   Honorable Claudia Wilken
19 of themselves and others similarly situated,
                                             JOINT STIPULATION AND [PROPOSED]
20              Plaintiff,                   ORDER PURSUANT TO CIVIL L.R.
        vs.                                  6.2(b) SETTING BRIEFING SCHEDULE
21                                           REGARDING DEFENDANTS' MOTION
   C.R. ENGLAND, INC., a Utah corporation;   TO DISMISS FILED ON AUGUST 10,
22 OPPORTUNITY LEASING, INC., a Utah         2011
   corporation; and HORIZON TRUCK SALES
23 AND LEASING, LLC., a Utah Limited         Date Action Filed:      May 27, 2011
   Liability Corporation,
24
                Defendants.
25

26

27

28

# RECITALS

1. This stipulation is entered into by and between Plaintiffs CHARLES ROBERTS and KENNETH MCKAY ("Plaintiffs") and Defendants C.R. ENGLAND, INC., OPPORTUNITY LEASING, INC., and HORIZON TRUCK SALES AND LEASING, LLC ("Defendants") (Defendants and Plaintiffs are referred to collectively hereafter as the "Parties").

2. Plaintiffs filed the original Complaint in this action on or about May 27, 2011.

3. Before Defendants were required to respond to the original Complaint, Plaintiffs voluntarily filed a First Amended Complaint ("FAC") on June 14, 2011.

4. Plaintiffs served the FAC on Defendants on or about June 22, 2011.

5. Pursuant to the Parties' requests to accommodate counsels' summer vacation and work schedules, the Court considerately entered an order on June 29, 2011 giving Defendants until July 29, 2011 to answer or otherwise respond to the FAC, Plaintiffs until August 26, 2011 to oppose, and Defendants until September 8 to reply.

6. Defendants thereafter filed a motion to dismiss and motion to transfer venue on July 29, 2011.

7. On August 9, 2011, this Court issued an order denying without prejudice the two motions Defendants filed on July 29, 2011. The Court further stated that Defendants could re-file the motion as a single consolidated motion not to exceed 25 pages.

8. On August 10, 2011, Defendants filed a consolidated motion as permitted by the Court and the Court reset deadlines under Local Rule 7-3, and evidently vacated the previous briefing dates under the Order of June 29, 2011.

9. The Parties respectfully ask the Court to reset the briefing schedule to that found in its June 29, 2011 Order.

10. As support for this request, the Parties note that Plaintiffs' lead counsel has relied for multiple weeks on the fact that the opposition papers would not be due until August 26, 2011 and has planned his schedule accordingly. The Parties therefore respectfully request a short extension for Plaintiffs to file their opposition (i.e., from August 24, 2011 to August 26, 2011).

11. Similarly, Defendants' lead counsel has a pre-planned, out-of-state vacation from

*STIPULATION SETTING BRIEFING SCHEDULE REGARDING DEFENDANTS' CONSOLIDATED MOTION TO DISMISS*

1  August 20, 2011 to August 30, 2011. If the current briefing schedule remains in place, counsel's

2  vacation will be disrupted. Defense counsel also notes that Labor Day is September 5, 2011. The

3  Parties therefore respectfully request that the due date for Defendants' reply papers be continued

4  from August 31, 2011 to September 8, 2011 (which is the same date this Court originally

5  approved in its June 29, 2011 Order).

6                                          **STIPULATION**

7        In light of the foregoing recitals, the Parties hereby stipulate that:

8        1.  Plaintiffs deadline to oppose the motion filed by Defendants on August 10, 2011

9  shall be extended from August 24, 2011 to August 26, 2011; and

10       2.  The deadline for Defendants to file their reply papers shall be extended from

11 August 31, 2011 to September 8, 2011.

12 DATED: August 10, 2011                    LAGARIAS & BOULTER L.L.P.

13

14                                  By:              /s/
                                    Robert S. Boulter
15                                  Attorneys for Plaintiffs CHARLES ROBERTS and
                                    KENNETH MCKAY
16

17 DATED: August 10, 2011                    THEODORA ORINGHER PC

18

19                                  By:              /s/
                                    Drew R. Hansen
20                                  Attorneys for Defendants, C.R. ENGLAND, INC.,
                                    OPPORTUNITY LEASING, INC., and HORIZON
21                                  TRUCK SALES AND LEASING, LLC.

22

23                                          **ATTESTATION**

24       Concurrence in the filing of this Stipulation has been obtained from Mr. Robert S. Boulter,

25 which shall serve in lieu of his signature herein.

26                                  By:           /s/
                                    Drew R. Hansen
27

28

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:

1. Plaintiffs' deadline to oppose the consolidated motion filed by Defendants on August 10, 2011 shall be extended from August 24, 2011 to August 26, 2011.

2. The deadline for Defendants to file their reply papers shall be extended from August 31, 2011 to September 8, 2011.

3. The hearing on the consolidated motion shall take place as previously ordered on September 22, 2011 at 2:00 p.m.

4. The case management conference previously set for September 22, 2011 at 2:00 p.m. remains on calendar.

DATED: _**August 11**___, 2011

Hon. Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE

*STIPULATION SETTING BRIEFING SCHEDULE REGARDING DEFENDANTS' CONSOLIDATED MOTION TO DISMISS*